FILED
05 DEC 30 PM 4: [illegible]
MECKLENBURG CO., C.S.C.
BY

STATE OF NORTH CAROLINA                IN THE GENERAL COURT OF JUSTICE
                                        SUPERIOR COURT DIVISION
COUNTY OF MECKLENBURG                   05-CVS-11118

JOSEPH STANLY JABKIEWICZ,              )
Administrator of the ESTATE OF          )
KATHLEEN MARIE JABKIEWICZ, and         )
JOSEPH STANLY JABKIEWICZ,              )
Individually, and as Guardian Ad Litem for )
Minors MATTHEW JOSEPH                  )
JABKIEWICZ and MICHAEL STEVEN          )
JABKIEWICZ,                            )
                                        )
            Plaintiffs,                 )
                                        )
vs.                                    )     **MOTION ENLARGING TIME**
                                        )
JOSEPH G. JEMSEK, M.D.,                )          [EXTM]
CHRISTIE ROESKE, R.N.P., and           )
THE JEMSEK CLINIC, P.A.,               )
                                        )
            Defendants.                 )
_____)

NOW COMES Plaintiff Joseph Stanly Jabkiewicz as Administrator of the Estate of Kathleen Marie Jabkiewicz, through counsel, pursuant to Rule 6 of the North Carolina Rules of Civil Procedure, and moves that he be granted additional time within which to respond to the Defendants' First Set of Interrogatories and Requests for Production of Documents served on him by mail on December 27, 2005; and as grounds therefore, respectfully shows the Court that he needs additional time within which to gather the requested information and to execute a proper response.

This the 30 day of December, 2005.

OF COUNSEL:

CAUDLE & SPEARS, P.A.
2600 Interstate Tower
121 West Trade Street                   Eric Allen Rogers
Charlotte, NC 28202                     Attorney for Plaintiffs
Telephone: 704/377-1200
Telecopier: 704/338-5858

{W0202111-1}

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing documents have been served, via United States First Class Mail and/or facsimile, on the following parties to this action in the manner prescribed by Rule 5 of the Rules of Civil Procedure, addressed as follows:

James P. Cooney, III, Esq.
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One Wachovia Center, Suite 3500
301 South College Street
Charlotte, NC 28202-6037

Tricia M. Derr, Esq.
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One Wachovia Center, Suite 3500
301 South College Street
Charlotte, NC 28202-6037

This the 30 day of December, 2005.

Eric Allen Rogers
Attorney for Plaintiffs

{W0202111-1}

STATE OF NORTH CAROLINA      IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
COUNTY OF MECKLENBURG      05-CVS-11118

| | |
|---|---|
| JOSEPH STANLY JABKIEWICZ, Administrator of the ESTATE OF KATHLEEN MARIE JABKIEWICZ, and JOSEPH STANLY JABKIEWICZ, Individually, and as Guardian Ad Litem for Minors MATTHEW JOSEPH JABKIEWICZ and MICHAEL STEVEN JABKIEWICZ, <br><br> Plaintiffs, <br><br> vs. <br><br> JOSEPH G. JEMSEK, M.D., CHRISTIE ROESKE, R.N.P., and THE JEMSEK CLINIC, P.A., <br><br> Defendants. | **MOTION ENLARGING TIME** <br><br> [EXTM] |

NOW COMES Plaintiff Joseph Stanly Jabkiewicz as Administrator of the Estate of Kathleen Marie Jabkiewicz, through counsel, pursuant to Rule 6 of the North Carolina Rules of Civil Procedure, and moves that he be granted additional time within which to respond to the Defendants' First Set of Interrogatories and Requests for Production of Documents served on him by mail on December 27, 2005; and as grounds therefore, respectfully shows the Court that he needs additional time within which to gather the requested information and to execute a proper response.

This the 30 day of December, 2005.

OF COUNSEL:

CAUDLE & SPEARS, P.A.
2600 Interstate Tower
121 West Trade Street
Charlotte, NC 28202
Telephone: 704/377-1200
Telecopier: 704/338-5858

Eric Allen Rogers
Attorney for Plaintiffs

{W0202111-1}

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing documents have been served, via United States First Class Mail and/or facsimile, on the following parties to this action in the manner prescribed by Rule 5 of the Rules of Civil Procedure, addressed as follows:

James P. Cooney, III, Esq.
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One Wachovia Center, Suite 3500
301 South College Street
Charlotte, NC 28202-6037

Tricia M. Derr, Esq.
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One Wachovia Center, Suite 3500
301 South College Street
Charlotte, NC 28202-6037

This the 30 day of December, 2005.

Eric Allen Rogers
Attorney for Plaintiffs

{W0202111-1}

STATE OF NORTH CAROLINA     IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
COUNTY OF MECKLENBURG     05-CVS-11118

JOSEPH STANLY JABKIEWICZ, )
Administrator of the ESTATE OF )
KATHLEEN MARIE JABKIEWICZ, and )
JOSEPH STANLY JABKIEWICZ, )
Individually, and as Guardian Ad Litem for )
Minors MATTHEW JOSEPH )
JABKIEWICZ and MICHAEL STEVEN )
JABKIEWICZ, )
    )
    Plaintiffs, )
    )
vs. )     **ORDER ENLARGING TIME**
    )
JOSEPH G. JEMSEK, M.D., )
CHRISTIE ROESKE, R.N.P., and )
THE JEMSEK CLINIC, P.A., )
    )
    Defendants. )

THIS CAUSE coming on to be heard before the undersigned Assistant Clerk of Superior Court, upon the application of Plaintiffs, through counsel, Eric Allen Rogers, Caudle & Spears, P.A., 2600 Interstate Tower, 121 West Trade Street, Charlotte, North Carolina 28202, pursuant to Rule 6(b), for an enlargement of time for Plaintiffs to respond to Defendants' Rule 9(j) Interrogatories to Plaintiffs served by mail on December 27, 2005; and it appearing for good cause shown that said counsel needs additional time, that such application should be granted, and that the time for responding has not expired.

IT IS, THEREFORE, ORDERED AND DECREED that Plaintiffs shall have through and including the 24th day of February, 2006, within which time to respond or object to the Defendants' Rule 9(j) Interrogatories to Plaintiffs.

This the ___ day of December, 2005.

                                      Assistant Clerk of Superior Court

{W0202116-1}

| | |
|---|---|
| STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
| | SUPERIOR COURT DIVISION |
| COUNTY OF MECKLENBURG | 05-CVS-11118 |

JOSEPH STANLY JABKIEWICZ,  )
Administrator of the ESTATE OF  )
KATHLEEN MARIE JABKIEWICZ, and  )
JOSEPH STANLY JABKIEWICZ,  )
Individually, and as Guardian Ad Litem for  )
Minors MATTHEW JOSEPH  )
JABKIEWICZ and MICHAEL STEVEN  )
JABKIEWICZ,  )
     )
        Plaintiffs,  )
     )
vs.  )        **MOTION ENLARGING TIME**
     )
JOSEPH G. JEMSEK, M.D.,  )        [EXTM]
CHRISTIE ROESKE, R.N.P., and  )
THE JEMSEK CLINIC, P.A.,  )
     )
        Defendants.  )

NOW COME Plaintiffs, through counsel, pursuant to Rule 6 of the North Carolina Rules of Civil Procedure, and move that they be granted additional time within which to respond to the Defendants' Rule 9(j) Interrogatories to Plaintiffs served on them by mail on December 27, 2005; and as grounds therefore, respectfully show the Court that they need additional time within which to gather the requested information and to execute a proper response.

This the 30 day of December, 2005.

OF COUNSEL:

CAUDLE & SPEARS, P.A.
2600 Interstate Tower
121 West Trade Street                     Eric Allen Rogers
Charlotte, NC 28202                       Attorney for Plaintiffs
Telephone: 704/377-1200
Telecopier: 704/338-5858

{W0202116-1}

## *CERTIFICATE OF SERVICE*

The undersigned hereby certifies that a true copy of the above and foregoing documents have been served, via United States First Class Mail and/or facsimile, on the following parties to this action in the manner prescribed by Rule 5 of the Rules of Civil Procedure, addressed as follows:

James P. Cooney, III, Esq.
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One Wachovia Center, Suite 3500
301 South College Street
Charlotte, NC 28202-6037

Tricia M. Derr, Esq.
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One Wachovia Center, Suite 3500
301 South College Street
Charlotte, NC 28202-6037

This the 30 day of December, 2005.

_____
Eric Allen Rogers
Attorney for Plaintiffs

{W0202116-1}

STATE OF NORTH CAROLINA IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
COUNTY OF MECKLENBURG 05-CVS-11118

FILED
05 DEC 30 PM 4: 32
MECKLENBURG CO., C.S.C.

| | |
|---|---|
| JOSEPH STANLY JABKIEWICZ, Administrator of the ESTATE OF KATHLEEN MARIE JABKIEWICZ, and JOSEPH STANLY JABKIEWICZ, Individually, and as Guardian Ad Litem for Minors MATTHEW JOSEPH JABKIEWICZ and MICHAEL STEVEN JABKIEWICZ, <br><br>Plaintiffs, <br><br>vs. <br><br>JOSEPH G. JEMSEK, M.D., CHRISTIE ROESKE, R.N.P., and THE JEMSEK CLINIC, P.A., <br><br>Defendants. | **MOTION ENLARGING TIME** <br><br> [EXTM] |

NOW COME Plaintiffs, through counsel, pursuant to Rule 6 of the North Carolina Rules of Civil Procedure, and move that they be granted additional time within which to respond to the Defendants' Rule 9(j) Interrogatories to Plaintiffs served on them by mail on December 27, 2005; and as grounds therefore, respectfully show the Court that they need additional time within which to gather the requested information and to execute a proper response.

This the 30 day of December, 2005.

OF COUNSEL:

CAUDLE & SPEARS, P.A.
2600 Interstate Tower
121 West Trade Street
Charlotte, NC 28202
Telephone: 704/377-1200
Telecopier: 704/338-5858

Eric Allen Rogers
Attorney for Plaintiffs

{W0202116-1}

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing documents have been served, via United States First Class Mail and/or facsimile, on the following parties to this action in the manner prescribed by Rule 5 of the Rules of Civil Procedure, addressed as follows:

James P. Cooney, III, Esq.
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One Wachovia Center, Suite 3500
301 South College Street
Charlotte, NC 28202-6037

Tricia M. Derr, Esq.
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One Wachovia Center, Suite 3500
301 South College Street
Charlotte, NC 28202-6037

This the 30 day of December, 2005.

_____
Eric Allen Rogers
Attorney for Plaintiffs

{W0202116-1}

STATE OF NORTH CAROLINA     IN THE GENERAL COURT OF JUSTICE
                            SUPERIOR COURT DIVISION
COUNTY OF MECKLENBURG       05-CVS-11118

FILED
05 DEC 30 PM
MECKLENBURG CO., C.S.C.
BY _____

JOSEPH STANLY JABKIEWICZ,            )
Administrator of the ESTATE OF       )
KATHLEEN MARIE JABKIEWICZ, and       )
JOSEPH STANLY JABKIEWICZ,            )
Individually, and as Guardian Ad Litem for )
Minors MATTHEW JOSEPH                )
JABKIEWICZ and MICHAEL STEVEN        )
JABKIEWICZ,                          )
                                     )
              Plaintiffs,            )
                                     )
vs.                                  )     **ORDER ENLARGING TIME**
                                     )
JOSEPH G. JEMSEK, M.D.,              )
CHRISTIE ROESKE, R.N.P., and         )
THE JEMSEK CLINIC, P.A.,             )
                                     )
              Defendants.            )

THIS CAUSE coming on to be heard before the undersigned Assistant Clerk of Superior Court, upon the application of Plaintiffs, through counsel, Eric Allen Rogers, Caudle & Spears, P.A., 2600 Interstate Tower, 121 West Trade Street, Charlotte, North Carolina 28202, pursuant to Rule 6(b), for an enlargement of time for Plaintiffs to respond to Defendants' Rule 9(j) Interrogatories to Plaintiffs served by mail on December 27, 2005; and it appearing for good cause shown that said counsel needs additional time, that such application should be granted, and that the time for responding has not expired.

IT IS, THEREFORE, ORDERED AND DECREED that Plaintiffs shall have through and including the 24th day of February, 2006, within which time to respond or object to the Defendants' Rule 9(j) Interrogatories to Plaintiffs.

This the 30 day of December, 2005.

_____
Assistant Clerk of Superior Court

{W0202116-1}

STATE OF NORTH CAROLINA       IN THE GENERAL COURT OF JUSTICE
                                                     SUPERIOR COURT DIVISION
COUNTY OF MECKLENBURG            05-CVS-11118

JOSEPH STANLY JABKIEWICZ, )
Administrator of the ESTATE OF )
KATHLEEN MARIE JABKIEWICZ, and )
JOSEPH STANLY JABKIEWICZ, )
Individually, and as Guardian Ad Litem for )
Minors MATTHEW JOSEPH )
JABKIEWICZ and MICHAEL STEVEN )
JABKIEWICZ, )
                          )
        Plaintiffs, )
                          )
vs. )           **NOTICE OF HEARING**
                          )
JOSEPH G. JEMSEK, M.D., )          [CMPL]
CHRISTIE ROESKE, R.N.P., and )          [OTHR]
THE JEMSEK CLINIC, P.A., )
                          )
        Defendants. )

YOU ARE HEREBY NOTIFIED that Plaintiffs' Motion to Determine Insufficiency of Responses, Motion to Compel, and Motion for Leave to Direct Additional Interrogatories pursuant to Rules 33, 36, and 37; and Defendant The Jemsek Clinic, P.A.'s Motion for Protective Order shall be heard in the Mecklenburg County Superior Court on January 9, 2006, at ten o'clock (10:00) a.m. in Room 307.

This the 30 day of December, 2005.

OF COUNSEL:

CAUDLE & SPEARS, P.A.
2600 Interstate Tower
121 West Trade Street                           Eric Allen Rogers
Charlotte, NC 28202                             Attorney for Plaintiffs
Telephone: 704/377-1200
Telecopier: 704/338-5858

{W0202108-1 }

## CERTIFICATE OF SERVICE

I hereby certify that the pleading or paper to which this certificate is attached was served upon each party to this action by the deposit of a copy thereof enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service for mailing to the following, and by a confirmed telefacsimile transmittal to the attorney of record for each party as evidenced by the attached telefacsimile receipt attachment.

James P. Cooney, III, Esq.
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One Wachovia Center, Suite 3500
301 South College Street
Charlotte, NC 28202-6037

Tricia M. Derr, Esq.
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One Wachovia Center, Suite 3500
301 South College Street
Charlotte, NC 28202-6037

Facsimile Number: 704-343-4868

This the 30 day of December, 2005

_____
Eric Allen Rogers
Attorney for Plaintiffs

{W0202108-1}