UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

| | |
|---|---|
| In re:<br><br>JOSEPH GREGORY JEMSEK,<br><br>Debtor. | Case No. 06-31986<br><br>Chapter 11 |
| JOSEPH STANLY JABKIEWICZ administrator of the Estate of KATHLEEN MARIE JABKIEWICZ, AND JOSEPH STANLY JABKIEWICZ, Individually, and as Guardian Ad Litem for Minors MATTHEW JOSEPH JABKIEWICZ and Michael STEVEN JABKIEWICZ,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH G. JEMSEK, M.D., CHRISTIE ROESKE, R.N.P., and<br>THE JEMSEK CLINIC, P.A. | Adversary Proceeding No. 07-3019 |

## AMENDMENT TO NOTICE OF REMOVAL

Now comes Joseph Gregory Jemsek, through counsel, and amends the *Notice of Removal* filed on February 16, 2007 by adding the following defendant and her attorney to the list of other parties and their counsel:

**Christie Roeske, R.N.P.**

James P. Cooney III
Womble Carlyle Sandridge & Rice, PLLC
One Wachovia Center, Suite 3500
Charlotte, NC 28202-6037

This is the 21st day of February, 2007.

/s/ A. Cotten Wright
Joseph W. Grier, III (State Bar No. 7764)
A. Cotten Wright (State Bar No. 28162)
Grier Furr & Crisp, PA

101 North Tryon Street, Suite 1240
Charlotte, NC 28246
(704) 375-3720 Telephone
(704) 332-0215 Facsimile
cwright@grierlaw.com

- and –

James P. Cooney III
Womble Carlyle Sandridge & Rice, PLLC
One Wachovia Center, Suite 3500
Charlotte, NC 28202-6037
(704) 331-4980
jcooney@wcsr.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

| | |
|---|---|
| In re:<br><br>JOSEPH GREGORY JEMSEK,<br><br>　　　　　　　　　　Debtor. | Case No. 06-31986<br><br>Chapter 11 |
| JOSEPH STANLY JABKIEWICZ administrator of the Estate of KATHLEEN MARIE JABKIEWICZ, AND JOSEPH STANLY JABKIEWICZ, Individually, and as Guardian Ad Litem for Minors MATTHEW JOSEPH JABKIEWICZ and Michael STEVEN JABKIEWICZ,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>JOSEPH G. JEMSEK, M.D., CHRISTIE ROESKE, R.N.P., and<br>THE JEMSEK CLINIC, P.A. | Adversary Proceeding No. 07-3019 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing *Notice of Removal* and the including copies of all process and pleadings, and the *Amended Notice of Removal* were served by certified mail, return receipt requested, addressed to the following parties:

John Bramlett
US Bankruptcy Adm.
402 W. Trade St.
Charlotte, NC 28202

Harold C. Spears
Caudle & Spears, PA
2600 Interstate Tower
121 West Trade Street
Charlotte, NC 28202

Travis W. Moon
Adrianne Huffman
Hamilton Fay Moon Stephens, et al
2020 Charlotte Plaza
201 S. College St.
Charlotte, NC 28244-2020

This is the 21st day of February, 2007.

/s/ A. Cotten Wright
Joseph W. Grier, III (State Bar No. 7764)
A. Cotten Wright (State Bar No. 28162)
Grier Furr & Crisp, PA
101 North Tryon Street, Suite 1240
Charlotte, NC 28246
(704) 375-3720 Telephone
(704) 332-0215 Facsimile
cwright@grierlaw.com

- and –

James P. Cooney III
Womble Carlyle Sandridge & Rice, PLLC
One Wachovia Center, Suite 3500
Charlotte, NC 28202-6037
(704) 331-4980
jcooney@wcsr.com